**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Mursjoni Moten,

Plaintiff,

v.

Naphcare, *et al.*,

Defendants.

Case No.: 2:25-cv-02624-MMD-EJY

**Order**

Plaintiff, proceeding *pro se*, initiated this action on December 29, 2025, by submitting an Application to Proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. A review of the Clark County Detention Center inmate database shows Plaintiff is no longer incarcerated. Additionally, on January 8, 2026, Plaintiff filed a Change of Address with the Court. ECF No. 4.

The Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. Plaintiff must either file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $405 by November 25, 2026.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that by November 25, 2026, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

DATED: October 26, 2026

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE